UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**WILLIAM ARAUJO DA SILVA**

**V.**                                                    **CIVIL ACTION NO. 26-12007-DJC**

**DAVID WESLING, ET AL.**

**ORDER OF DISMISSAL**

CASPER, D.J.

    Having previously granted habeas relief, D. 6, this matter shall be closed.

May 29, 2026                                      /s/ Savannah Cook
                                                         Deputy Clerk